IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.3:06MJ432

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| PAUL ANJUDINGA SHANGANIE, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Emergency Motion for Leave for a Pro Hac Vice Appearance and for Continuance" (document #4) filed December 7, 2006.

For the reasons set forth therein, the portion of the Motion seeking the pro hac vice admission of Peter Nyoh is **GRANTED**. The remainder of the Motion, seeking a continuance of the probable cause hearing presently set for Friday, December 8, 2006 at 10:00 a.m. in the Magistrate Courtroom at the United States Courthouse in Charlotte, North Carolina, is **DENIED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: December 7, 2006

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge